**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Conrad Hoyt Stretches, Jr., | ) | |
| | ) | Case No.  1:09-cr-021 |
| Defendant. | ) | |
_____

The court has been advised that the Bismarck Transition Center expelled the Defendant from its facility on November 11, 2009, for violating its rules.  The United States Marshal took custody of the Defendant, whose sentencing hearing is scheduled for November 12, 2009.  The United States Marshal shall bear the cost of the Defendant's detention on November 11, 2009.

**IT IS SO ORDERED NUNC PRO TUNC.**

Dated this 11th day of November, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge